# EXHIBIT C

| **Subject Design** |
|---|
|  |

EXHIBIT A