**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN HAITH INTELLECTUAL PROPERTY LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Case No. 1:26-cv-01018 |

**NOTICE OF *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION**

Plaintiff, BENJAMIN HAITH INTELLECTUAL PROPERTY LLC ("Haith LLC"), having filed its Complaint for copyright infringement, now moves the Court *ex parte* for a Temporary Restraining Order and other relief pursuant to Rule 65 of the Federal Rules of Civil Procedure, Fed. R. Civ. P. 65, including a temporary injunction, a temporary asset restraint, expedited discovery, and service of process by email and/or electronic publication (the "*Ex Parte* Motion").

The *Ex Parte* Motion is based on the grounds that Plaintiff has a high probability of succeeding on its Complaint, Plaintiff has no other adequate legal remedy, and Plaintiff is threatened with irreparable harm should the *Ex Parte* Motion be denied.

This motion is based upon the accompanying Declarations by Scott Alan Burroughs and Hassie Benjamin Haith, Jr., the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in the above-captioned action, and other evidence that may be presented by Plaintiff at the hearing on this motion.

Dated: February 5, 2026         By:     */s/ Scott Alan Burroughs*
                                        Scott Alan Burroughs Esq.
                                        David M.S. Jenkins, Esq.
                                        DONIGER / BURROUGHS
                                        247 Water Street, First Floor
                                        New York, New York 10038
                                        scott@donigerlawfirm.com
                                        *Attorneys for Plaintiff*