# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN HAITH INTELLECTUAL PROPERTY LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Case No.: 1:26-cv-01018-MKV |

**DECLARATION OF SCOTT BURROUGHS IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO EXTEND TEMPORARY RESTRAINING ORDER DEADLINES**

I, Scott Burroughs, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Court of the State of New York and the United States District Court of the Southern District of New York. I am one of the attorneys for Plaintiff, BENJAMIN HAITH INTELLECTUAL PROPERTY LLC, ("HAITH LLC"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts, and if called as witness I would competently testify the following:

2. Plaintiff received notice that the Temporary Restraining Order was granted on February 9, 2026.

3. As of February 10, 2026, Plaintiff began working with third-party service providers involved in this case and notified them of the Court's entry of the TRO. Despite providing

1

the third-party service providers with the Order almost immediately, Plaintiff is still working with them to effectuate the Order in full.

4. Plaintiff does not make this request for the purpose of delay or lack of diligence. Plaintiff believes that an extension of the deadline will allow Plaintiff to effectuate the terms of the Order in a timely manner and allow the parties time to brief Plaintiff's motion for a preliminary injunction. This is Plaintiff's first request of this nature.

I declare under the penalty of perjury and the laws of the United States of America that the above is true and correct.

Respectfully submitted,

Dated: February 19, 2026
New York, New York

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com
*Attorney for Plaintiff*