UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN HAITH INTELLECTUAL PROPERTY LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Case No.: 1:26-cv-01018-MKV |

**[PROPOSED] ORDER ON PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

The Court, having reviewed Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order, and for good cause shown, **ORDERS THAT** the Temporary Restraining Order is extended by seven (7) days, or until March 16, 2026. Commensurately, Plaintiff must file any motion for preliminary injunction by _____, 2026, and the deadline for Defendants to show cause why the motion should not be entered is _____, 2026.

**SO ORDERED.**


DATED:_____, 2026        By: _____
                                       Hon. Mary Kay Vyskocil
                                       U.S. District Judge

1