USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN HAITH INTELLECTUAL PROPERTY LLC

Plaintiff,

-against-

PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,

Defendants.

1:26-cv-01018-MKV

ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court, having carefully reviewed Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order ("TRO") entered on February 9, 2026, and for good cause shown, ORDERS THAT the TRO is extended by seven (7) days up to and including March 16, 2026. Commensurately, Plaintiff must file any motion for a preliminary injunction by February 23, 2026, and the deadline for Defendants to show cause why the injunction should not be entered is March 12, 2026. IT IS FURTHER ORDERED that Plaintiff will provide a copy of the TRO, this Order, and the Complaint to Defendants via electronic publication and e-mail, as set out in the TRO, at the same time it files its motion for a preliminary injunction.

The Clerk of Court is respectfully requested to terminate docket entries, 5, 10, and 15.

**SO ORDERED.**

**Date: February 19, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**