USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN HAITH INTELLECTUAL PROPERTY LLC

Plaintiff,

-against-

PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN SCHEDULE A,

Defendants.

1:26-cv-01018-MKV

ORDER DENYING
PLAINTIFF'S *EX PARTE*
REQUEST TO EXTEND
DEADLINE TO FILE MOTION
FOR PRELIMINARY
INJUNCTION

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff's *Ex Parte* request to extend the deadline to file its motion for a preliminary injunction, which was filed on the same day of the deadline [ECF No. 19], is untimely under this Court's Individual Rules. *See* Individual Rules of Practice in Civil Cases § 2.G. (requiring that a request for an extension be made at least 72 hours in advance of the deadline). Moreover, although Plaintiff does not seek an extension, the Court notes that the Temporary Restraining Order ("TRO") issued by the Court was previously extended from March 9, 2026 to March 16, 2026, [ECF No. 18], and cannot be further extended. *See U.S. D.I.D. Corp. v. Windstream Commc'ns, Inc.*, 775 F.3d 128, 132 n.2 (2d Cir. 2014).

Plaintiff seeks only to modify the schedule for its intended motion for a preliminary injunction such that it would have an extra ten days to file its motion, thereby shortening the time for any opposition by parties who are not yet aware of the Complaint or the pending TRO. The Court notes that when Plaintiff initially sought a TRO (on which it must demonstrate a likelihood of success on the merits), it presumably had some information concerning Defendants' underlying conduct, and Plaintiff concedes it has received further information from Amazon.com, Inc. on which to base its request for injunctive relief. [ECF No. 19]. In any event, Plaintiff may move at any time for a preliminary injunction but the TRO will expire by its terms on March 16, 2026.

2

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for an extension and/or modification of the briefing schedule is DENIED.

IT IS FURTHER ORDERED that Plaintiff will provide a copy of the TRO, the Court's prior extension of the TRO at ECF No. 18, this Order, and the Complaint to Defendants via electronic publication and e-mail, as set out in the TRO, when the TRO expires or at the same time it files its motion for a preliminary injunction, whichever is earlier.

The Clerk of Court is respectfully requested to terminate docket entry 19.

**SO ORDERED.**

**Date:  February 24, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2