**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN HAITH INTELLECTUAL PROPERTY LLC, a Missouri Limited Liability Company, | Case No. 1:26-cv-01018-MKV |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| Defendants. | |

1

# CERTIFICATE OF SERVICE

I hereby certify that on Friday, February 27, 2026, I caused to be served true and correct copies of the Complaint (ECF 1), Temporary Restraining Order ("TRO") (ECF 13), Order Granting Extension of TRO (ECF 18), Order Denying Request to Extend Deadline for Motion Preliminary Injunction (ECF 20), and all other relevant case documents, as authorized in the Temporary Restraining Order and subsequent Court orders, on the Defendants identified in the Schedule A to Complaint and also as listed in the service list attached hereto as **Exhibit A**, by sending an email to the email addresses provided for the Defendants by Defendants and/or third parties, and by posting it on a website to which the Defendants have been directed. True and correct copies of the active website and email sent to the Defendants are attached hereto as **Exhibit B**.

Respectfully submitted,

Dated: February 27, 2026    By:    */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
David Michael Stuart Jenkins, Esq.
DONIGER / BURROUGHS
247 Water St., First Fl.
New York, New York 10038
scott@donigerlawfirm.com
djenkins@donigerlawfirm.com
*Attorneys for Plaintiff*

2