# EXHIBIT C

| Def. No. | Seller ID | Email | Legal Representation |
|---|---|---|---|
| 1 | ASTXC31ZWN1SB | xzqn377n@sina.com | |
| 2 | A1RXJOAVU5ETGG | cuiyanwen23dm@126.com | |
| 3 | AYKZT5TCLLMA4 | meilagongyinglian@outlook.com | |
| 4 | A1T78IW4UVIPG3 | quinfuil@163.com | |
| 5 | AMGHJFUH0QBL4 | wsqymx171118@163.com | |
| 6 | A3L4O56FVB5RYQ | hefeitule@163.com | wheatguard@163.com |
| 7 | A3HE0AQKMPMIUO | wcjidgng@163.com | |
| 8 | A138SST86RGEFY | 3540859153@qq.com | |
| 9 | A3ICNV61UAAMVK | bizhao2401@163.com | bli@bonnielilaw.com |
| 10 | A3LJ7R3V12BPN | zyt18155371011@163.com | austin@lujinlaw.com |
| 11 | A1AV8QPXE4J93S | kindgirl.us@outlook.com | Lucy-Tro@outlook.com |
| 12 | A3GHIDH8UOTSXZ | bellasoophie123@gmail.com | |
| 13 | A2MFHKPJ5EXWME | hxwtss6129@163.com | |
| 14 | A2AKEDI2CTAJ3R | zhengjiaqin2023@163.com | |
| 15 | A301CCFS0JP16J | zhangpy5861@163.com | |
| 16 | A1MS8GT94N76M0 | ysheng0817@163.com | |
| 17 | A9KLIAD3D8TP4 | l8zh6lzh@163.com | |
| 18 | A31ENYRQCEHUEX | xinyue09112023@163.com | |
| 19 | A22OIRYPQG2MF | taojin19556282285@163.com | austin@lujinlaw.com |
| 20 | A3CWPSNSY2TRC5 | z18010758781@163.com | austin@lujinlaw.com |
| 21 | AD309BILZCW8W | z15066283623@163.com | austin@lujinlaw.com |
| 22 | A180RNWUTNRXPU | gentlegirl.us@outlook.com | austin@lujinlaw.com |