# EXHIBIT D

| | |
|---|---|
| **From:** | Gretchen Ray |
| **To:** | xzqn377n@sina.com; cuiyanwen23dm@126.com; meilagongyinglian@outlook.com; quinfuil@163.com; wsqymx171118@163.com; hefeitule@163.com; wcjidqnq@163.com; 3540859153@qq.com; bizhao2401@163.com; zyt18155371011@163.com; kindgirl.us@outlook.com; bellasoophie123@gmail.com; hxwtss6129@163.com; zhengjiaqin2023@163.com; zhangpy5861@163.com; ysheng0817@163.com; l8zh6lzh@163.com; xinyue09112023@163.com; taojin19556282285@163.com; z18010758781@163.com; z15066283623@163.com; gentlegirl.us@outlook.com |
| **Cc:** | Trevor Barrett; Andres Navarro; wheatguard@163.com; bli@bonnielilaw.com; austin@lujinlaw.com; Lucy-Tro@outlook.com |
| **Subject:** | Notice of Lawsuit -- Benjamin Haith Intellectual Property LLC v. The Partnerships and Unincorporated Associations Identified in Schedule A (SDNY 1:26-cv-01018-MKV) |
| **Date:** | Friday, February 27, 2026 1:11:00 PM |

Dear Defendants:

As you should be aware, you have been named as a defendant in the above-referenced lawsuit. Please find below a link to a website containing Plaintiff's Complaint, Temporary Restraining Order, Motion for Temporary Restraining Order and all Supporting Documents, Order Granting Extension of the Temporary Restraining Order, Order Denying Plaintiff's Request to Extend Motion for Preliminary Injunction Deadline, and all other relevant case documents in the above matter.

Please be advised that notice of the case and its proceedings is hereby deemed proper and complete upon the successful transmission of this email and website link as stated in the Court's Temporary Restraining Order.

If you are unable to access the website link below, please contact my office and we will provide copies of documents requested.

Website Link:     HOME | D/B SDNY Haith v. Schedule A

Regards,

Gretchen Ray
Senior Litigation Paralegal
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California 90291
Phone: (310) 590-1820
Email: gray@donigerlawfirm.com
Website: www.donigerlawfirm.com

