**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN HAITH INTELLECTUAL PROPERTY LLC, a Missouri Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Case No. 1:26-cv-01018-MKV |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AS TO THE DEFENDANTS IDENTIFIED IN SCHEDULE A**

1

Plaintiff, Benjamin Haith Intellectual Property LLC ("Haith"), hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order, entered February 19, 2026 (Dkt. No. 13). In support of its Motion, Haith files herewith a Memorandum of Law and a further Declaration of Scott Alan Burroughs.

DATED: March 9, 2026

New York, New York

Respectfully submitted,

*/s/ Scott Alan Burroughs*
Scott Alan Burroughs Esq.
David M.S. Jenkins, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
scott@donigerlawfirm.com
djenkins@donigerlawfirm.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail addressed to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

Respectfully submitted,

*/s/ Scott Alan Burroughs*
Scott Alan Burroughs Esq.
David M.S. Jenkins, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
scott@donigerlawfirm.com
djenkins@donigerlawfirm.com
Attorneys for Plaintiff