**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN HAITH INTELLECTUAL PROPERTY LLC, a Missouri Limited Liability Company, | Case No. 1:26-cv-01018-MKV |
| Plaintiff, | |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| Defendants. | |

**DECLARATION OF SCOTT ALAN BURROUGHS IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AS TO THE DEFENDANTS IDENTIFIED IN SCHEDULE A**

I, Scott Alan Burroughs, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court of the Southern District of New York. I am one of the attorneys for Plaintiff, Benjamin Haith Intellectual Property LLC ("Haith"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts, and if called as witness I would competently testify the following:

2. Haith received notice that the Temporary Restraining Order was entered on February 9, 2026.

3. Since the TRO was effectuated by the third-party service provider, the financial accounts have been and remain frozen.

4. On February 27, 2026, Plaintiff provided notice of the TRO, the Complaint, and all case proceedings to the defendants identified in Schedule A by electronically publishing a link and by sending an e-mail with a link to said website to the e-mail addresses identified in Schedule A and any e-mail addresses provided for Defendants by third parties. Plaintiff filed a Certificate of Service of the same at Dkt. 21.

5. Plaintiff owns a valid and proper copyright in the Subject Artwork at issue in this case.

6. As a result of early discovery Amazon has reported sales of over 10,000 units of the Infringing Products collectively of which over 500 units were shipped to New York.

I declare under the penalty of perjury and the laws of the United States of America that the above is true and correct.

DATED: March 9, 2026                          Respectfully submitted,

                                              */s/ Scott Alan Burroughs*
                                              Scott Alan Burroughs Esq.
                                              David M.S. Jenkins, Esq.
                                              DONIGER / BURROUGHS

247 Water Street, First Floor
New York, New York 10038
scott@donigerlawfirm.com
djenkins@donigerlawfirm.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail addressed to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

Respectfully submitted,

*/s/ Scott Alan Burroughs*
Scott Alan Burroughs Esq.
David M.S. Jenkins, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
scott@donigerlawfirm.com
djenkins@donigerlawfirm.com
Attorneys for Plaintiff