March 24, 2026

<u>**VIA ECF**</u>

Judge Mary Kay Vyskocil
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**RE: Benjamin Haith Intellectual Property LLC v. The Partnerships and Unincorporated (Civil Case No. 1:26-cv-01018-MKV)**

<u>**LETTER MOTION TO EXTEND TIME TO ANSWER OR**</u>
<u>**OTHERWISE RESPOND TO THE COMPLAINT**</u>

Dear Judge Vyskocil,

Defendant codree (DOE #6) hereby respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint of 21 days through and including **April 14, 2026**, stating as follows:

1.  Plaintiff's Certificate of Service claims that defendants were served on February 27, 2026 [ECF 21]. The original due date for Defendant to answer or otherwise respond the Complaint is 21 days from February 27, 2026, or **March 20, 2026**.

2.  Defendant is based in China. Defendant has been engaged in settlement negotiations with Plaintiff. Defendant requires a short additional time to explore and exhaust the prospect of settlement, or respond to the Complaint if ultimately necessary.

3.  This Court may, for good cause, extend the time by which a defendant's responses are due after the time has expired if a defendant failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). "[U]nder Rule 6(b)(1) as interpreted by case law, the term

'good cause' imposes a light burden." *McCann v. Cullinan*, 2015 WL 4254226, at \* 10 (N.D. Ill 2015).

4. Defendant respectfully submits that good cause exists and requests an extension of 21 days from the date hereof until **April 14, 2026**, to answer or otherwise respond to the complaint.

5. This is the **first motion for an extension of time** filed by Defendant in this case. This request for additional time to respond to the Complaint is not intended to cause undue delay.

6. Plaintiff's counsel indicated that **Plaintiff does not object** to the extension.

Therefore, Defendant respectfully requests that this Court enter an order extending Defendant's due date to answer or otherwise respond to Plaintiff's Complaint through and including **April 14, 2026**.

Respectfully Submitted,

/s/ Longhao Wang
Longhao Wang

Office 13A, Shun Ho Tower
24-30 Ice House Street
Central, Hong Kong
(718) 200-9474
lwang@lwlegalfirm.com

*Attorney for Defendant codree*