USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN HAITH INTELLECTUAL PROPERTY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Case No. 1:26-cv-01018-MKV<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DOE #13 WITH PREJUDICE** |

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Benjamin Haith Intellectual Property LLC, and Defendant tesuosishangmao (Seller ID: A2MFHKPJ5EXWME) (Doe #13) have reached a settlement as to all claims at issue in this case asserted against tesuosishangmao only. Accordingly, Plaintiff in the above referenced voluntary dismisses its claims against only tesuosishangmao, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party bearing its own costs and attorneys' fees. In accordance with Rule 41, the Preliminary Injunction Order (ECF 26) is automatically dissolved against tesuosishangmao only. The Preliminary Injunction Order (ECF 26) remains as to all other Defendants.

Per Fed. R. Civ. P. 41(a)(1)(A)(i), no order is required on this dismissal.

Dated: June 5, 2026                         Respectfully submitted,

                                   By:    /s/ Scott Alan Burroughs
                                          Scott Alan Burroughs, Esq.
                                          David M.S. Jenkins, Esq.
                                          DONIGER / BURROUGHS
                                          247 Water Street, First Floor
                                          New York, New York 10038
                                          (310) 590-1820
                                          scott@donigerlawfirm.com
                                          djenkins@donigerlawfirm.com
                                          *Attorneys for Plaintiff*

**Granted. SO ORDERED.**

Date: 6/9/2026

New York, New York

Mary Kay Vyskocil
United States District Judge

2